USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____07/19/2022_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Greater New York Mutual Insurance Co.,** | **1:22-cv-02052 (VSB) (SDA)** |
| **Plaintiff,** | **ORDER SCHEDULING TELEPHONIC** |
| **-against-** | **SETTLEMENT CONFERENCE** |
| **The Burlington Insurance Co. et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, August 30, 2022, at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:      New York, New York
            July 19, 2022

_____
STEWART D. AARON
United States Magistrate Judge