```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
                                      :    22cv2052 (DLC)
GREATER NEW YORK MUTUAL LIFE INSURANCE :
COMPANY,                              :    ORDER
                                      :
                         Plaintiff,   :
                                      :
              -v-                     :
                                      :
THE BURLINGTON INSURANCE COMPANY et   :
al.,                                  :
                         Defendants.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received on December 8, 2022 Michael Siwiec's motion to quash, it is hereby

ORDERED that the parties and Michael Siwiec shall attend a conference to be held telephonically on **Monday, December 12** at **3:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

>  Dial-in:        888-363-4749
>  Access Code:    4324948

The parties shall use a landline if one is available.

SO ORDERED:

Dated:    New York, New York
          December 9, 2022

                            _____
                                   DENISE COTE
                            United States District Judge