```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv2052 (DLC)
GREATER NEW YORK MUTUAL LIFE INSURANCE   :
COMPANY,                                 :         ORDER
                                         :
                     Plaintiff,          :
                                         :
          -v-                            :
                                         :
THE BURLINGTON INSURANCE COMPANY et      :
al.,                                     :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 8, 2022, Michael Siwiec filed a motion to quash. For the reasons stated at the conference held on December 12, 2022, it is hereby

ORDERED that the December 8 motion to quash is denied.

Dated:   New York, New York
         December 12, 2022

                              _____
                                      DENISE COTE
                              United States District Judge