UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                                    :    22cv2052 (DLC)
GREATER NEW YORK MUTUAL LIFE INSURANCE :
COMPANY,                                   :        <u>ORDER</u>
                                                    :
                        Plaintiff,    :
                                                    :
              -v-                               :
                                                    :
THE BURLINGTON INSURANCE COMPANY et    :
al.,
                        Defendants.  :
----------------------------------------- X

DENISE COTE, District Judge:

    On January 19, 2023, the plaintiff's motion for summary judgment was due. The plaintiff did not timely file the motion. On January 20, 2023, the plaintiff requested an extension of time to file its motion for summary judgment. It is hereby

    ORDERED that the plaintiff's request is granted.

    IT IS FURTHER ORDERED that the motions for summary judgment will be served by the dates indicated below:

- Plaintiff's Motion served by **February 2, 2023**
- Defendants' Oppositions and Cross-Motions served by **February 23, 2023**
- Plaintiff's Reply and Opposition served by **March 16, 2023**
- Defendants' Reply served by **March 30, 2023**

At the time any reply is filed, the moving parties shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         January 20, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge