UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv2052 (DLC)
GREATER NEW YORK MUTUAL LIFE INSURANCE    :
COMPANY,                                  :   ORDER
                                         :
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
THE BURLINGTON INSURANCE COMPANY et       :
al.,                                      :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   An Opinion of May 18, 2023 granted the plaintiff's motion for partial summary judgment.  It is hereby

   ORDERED that by **May 26, 2023**, the parties shall notify the Court if there are any other outstanding claims to be litigated in this action.

Dated:   New York, New York
         May 18, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge