```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   22cv2052 (DLC)
GREATER NEW YORK MUTUAL LIFE INSURANCE :
COMPANY,                               :   ORDER
                                       :
                    Plaintiff,         :
                                       :
          -v-                          :
                                       :
THE BURLINGTON INSURANCE COMPANY et    :
al.,                                   :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of May 18, 2023 granted the plaintiff's motion for partial summary judgment. An Order of May 18 directed the parties to notify the Court by May 26 if there are any outstanding claims to be litigated in this action. An Order of May 23 extended that deadline to June 9. On June 6, the parties requested a three-week extension of the June 9 deadline.

It is hereby

ORDERED that the parties' June 6 request for a three-week extension is denied.

IT IS FURTHER ORDERED that a conference will be held on **June 16, 2023** at **11:30 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 7, 2023

_____
DENISE COTE
United States District Judge