```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv2052 (DLC)
GREATER NEW YORK MUTUAL LIFE INSURANCE    :
COMPANY,                                  :   ORDER
                                          :
                       Plaintiff,         :
                                          :
          -v-                             :
                                          :
THE BURLINGTON INSURANCE COMPANY et       :
al.,                                      :
                       Defendants.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On June 12, 2023, the plaintiff notified the Court of two outstanding issues in this action: (1) the amount of fees and costs incurred by the plaintiff in the defense of its named insured in the underlying action in New York State court ("Underlying Action"); and (2) the defendants' duty to indemnify the plaintiff's named insured.  Understanding that the plaintiff intends to withdraw the seventh and eighth causes of action in its complaint, that the plaintiff intends to withdraw any claims regarding the defendants' duty to indemnify the plaintiff's named insured, and that the plaintiff is seeking reimbursement for the fees and costs it has incurred defending its named insured in the Underlying Action, it is hereby

ORDERED that the plaintiff's motion seeking reimbursement for costs and fees it incurred defending its name insured in the

Underlying Action shall be filed by **June 23, 2023**. Any opposition from a party from whom reimbursement is sought shall be filed be **July 14, 2023**. A reply, if any, shall be filed by **July 21, 2023**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that by **June 15, 2023**, the parties shall notify the Court if any other outstanding issues remain in this action. If there are no other outstanding issues, the June 16, 2023 conference shall be canceled.

Dated:    New York, New York
            June 12, 2023

                                                  _____
                                                      DENISE COTE
                                        United States District Judge