UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :        22cv2052 (DLC)
GREATER NEW YORK MUTUAL LIFE INSURANCE :
COMPANY,                              :            ORDER
                                      :
                         Plaintiff,   :
                                      :
          -v-                         :
                                      :
THE BURLINGTON INSURANCE COMPANY et   :
al.,                                  :
                         Defendants.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     On June 15, 2023, the parties informed the Court that,

aside from the issue of the fees and costs incurred by the

plaintiff in the defense of its named insured in the underlying

action in New York State court, there are no other outstanding

issues to be litigated in this action.  It is hereby

     ORDERED that the plaintiff's seventh and eighth causes of

action in its complaint are dismissed.

     IT IS FURTHER ORDERED that the plaintiff's claims as to the

defendants' duty to indemnify the plaintiff's named insured are

also dismissed.

Dated:    New York, New York
          June 15, 2023

                         _____
                              DENISE COTE
                         United States District Judge