```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GREATER NEW YORK MUTUAL INSURANCE        :        22cv2052(DLC)
COMPANY,                                 :
                                         :        ORDER OF
                             Plaintiff,  :        DISCONTINUANCE
              -v-                        :
                                         :
THE BURLINGTON INSURANCE COMPANY et      :
al.,                                     :
                            Defendants.  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 28, 2023**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that the parties shall submit a proposed judgment by **July 28, 2023**.

Dated:   New York, New York
         July 19, 2023

                                              /s/ Denise Cote
                                         _____
                                                DENISE COTE
                                         United States District Judge